AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

COREY THIMLAR,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 121-178

EQUIFAX INFORMATION SERVICES, LLC, et. al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 22, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, this case is dismissed without prejudice.  This case stands closed.



02/22/2022
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Sabalza*
(By) Deputy Clerk

GAS Rev 10/2020